BRAD C. BRERETON (SBN 111266)
**CROWLEY & BRERETON**
1362 Pacific Avenue, Suite 220
Santa Cruz, CA 95060
Tel: (831) 429-6391
Fax: (831) 459-8298
(bcbrereton@gmail.com)

Attorney for Plaintiff
John Kunkle

*E-FILED 05-06-2011*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JOHN KUNKLE,

      Plaintiff,

v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA; DOES 1-
20, inclusive,

      Defendants.

CASE NO.: 5:11-CV-00282-HRL

**PLAINTIFF JOHN KUNKLE'S MOTION
FOR ORDER AND [PROPOSED] ORDER
PERMITTING WITHDRAWAL AND
SUBSTITUTION OF COUNSEL**

[Re:  Docket No. 16]

## MOTION

Pursuant to Civil L.R. 7-11 and 11-5, Plaintiff John Kunkle hereby moves the

Court for an order permitting the withdrawal of his counsel of records, Amiel L. Wade of

WADE & SILVERSTEIN, and the appearance of substitute counsel, Brad C. Brereton of

CROWLEY & BRERETON, on his behalf in this action.  Plaintiff respectfully submits

that said substitution of counsel is in the interest of justice.

Plaintiff, Amiel L. Wade of WADE & SILVERSTEIN, and Brad C. Brereton of

CROWLEY & BRERETON consent to such withdrawal and substitution of counsel.

1

2   Accordingly, plaintiff respectfully requests that the Court enter an order reflecting this change, and that all necessary changes be made to the Court's record and ECF,

3   and that all future communications regarding this case be directed to the following:

4   Brad C. Brereton
    **CROWLEY & BRERETON**
5   1362 Pacfic Ave., Ste. 220
    Santa Cruz, CA 95060
6   Telephone:   (831) 429-6391
    Facsimile:   (831) 459-8298
7   Email:       bcbrereton@gmail.com

8   Counsel of Defendant The Prudential Insurance Company of America

9   ("Prudential"), Deborah Yoon Jones and Roger A. Cerda of ALSTON & BIRD LLP, were

10  informed of the proposed substitution and indicated that Defendant Prudential does not

11  oppose this motion on May 3, 2011.

12  Wherefore, Plaintiff John Kunkle respectfully requests this Court enter its Order

13  permitting withdrawal and substitution of counsel for plaintiff, and update the Court's

14  ECF System for this case by removing Amiel L Wade of WADE & SILVERSTEIN as

15  counsel of record and substituting in their place Brad C. Brereton of CROWLEY &

16  BRERETON as counsel of record for plaintiff John Kunkle.

17  Attached hereto as Exhibit A is a true and correct, signed and dated copy of

18  John Kunkle's. Ameil L. Wade's, and Brad C. Brereton's consent to the withdrawal and

19  substitution of counsel.

20

21

22  Dated: May 4, 2011                    Brad C. Brereton

23

24

25

26

27

28

1
2
3
4
### [PROPOSED] ORDER

5      Having reviewed and considered Plaintiff John Kunkle's Motion for Order

6    Permitting Withdrawal and Substitution of Counsel, and good cause appearing, the

7    Court hereby order Ameil L. Wade of WADE & SILVERSTEIN to be permitted to

8    withdrawal as counsel of record, and Brad C. Brereton of CROWLEY & BRERETON

9    may appear as substitute counsel of record for John Kunkle.  The Court's ECF System

10   shall be updated to reflect these changes.

11      IT IS SO ORDERED

12
13
14   Dated:_____May 6_____, 2011

15                                        Howard R. Lloyd
                                          United States District Judge
16                                               Magistrate

17
18
19
20
21
22
23
24
25
26
27
28

3

# Exhibit A

1   BRAD C. BRERETON (SBN 111266)
     *CROWLEY & BRERETON*
2   1362 Pacific Avenue, Suite 220
     Santa Cruz, CA 95060
3   Tel:  (831) 429-6391
     Fax: (831) 459-8298
4   (bcbrereton@gmail.com)

5   Attorney for Plaintiff
     John Kunkle

6

7             UNITED STATES DISTRICT COURT

8         NORTHERN DISTRICT OF CALIFORNIA

9               SAN JOSE DIVISION

10

11   JOHN KUNKLE,

12        Plaintiff,

13   v.

14   THE PRUDENTIAL INSURANCE
      COMPANY OF AMERICA; DOES 1-
15   20, inclusive,

16       Defendants.

CASE NO.: 5:11-CV-00282-HRL

**SUBSTITUTION OF ATTORNEY FOR PLAINTIFF**

17

18      PLEASE TAKE NOTICE THAT plaintiff John Kunkle hereby substitutes Brad C.

19  Brereton of  CROWLEY & BRERETON, as his attorney of record in this action, in place

20  of current counsel: WADE & SILVERSTEIN, A Professional Corporation, 8080 Santa

21  Teresa, Ste. 240, Gilroy, CA 95020, telephone number (408) 842-1688, facsimile

22  number (408) 852-0614

23      All pleadings, orders and notices should henceforth be served upon Brad C.

24  Brereton at CROWLEY & BRERETON, 1362 Pacific Ave., Ste. 220, Santa Cruz, CA

25  95060, telephone number (831) 429-6391, facsimile number (831) 459-8298,

26  bcbrereton@gmail.com

27

28



1

2    I accept the above substitution of attorney.

3

4                                CROWLEY & BRERETON

5    Dated    4-25-11

6                                Brad C. Brereton
                                New Attorney for Plaintiff
7                                John Kunkle

8

9    I consent to the above substitution of attorney.

10                               WADE & SILVERSTEIN

11

12   Dated   4/26/11             Amelia L. Wade
                                Former Attorney for Plaintiff
13

14   I consent to the above substitution of attorney.

15

16

17   Dated   4/25/11

18                               John Kunkle
                                Plaintiff
19

20

21

22

23

24

25

26

27

28

Substitution of Attorney for Plaintiff
CASE NO. 5:11-CV-00282-HRL