*E-FILED 11-02-2011*

| | |
|---|---|
| 1 | DEBORAH YOON JONES (State Bar No. 178127) |
| 2 | ROGER A. CERDA (State Bar No. 239027) |
|   | **ALSTON & BIRD LLP** |
| 3 | 333 South Hope Street, Sixteenth Floor |
|   | Los Angeles, California 90071 |
| 4 | Telephone:  (213) 576-1000 |
|   | Facsimile:  (213) 576-1100 |
| 5 | debbie.jones@alston.com |
|   | roger.cerda@alston.com |
| 6 | |
|   | Attorneys for Defendant |
| 7 | **THE PRUDENTIAL INSURANCE COMPANY OF AMERICA** |

BRAD C. BRERETON (State Bar No. 111266)
PAUL PETERSON (State Bar No. 262686)
**CROWLEY & BRERETON**
1362 Pacific Avenue Suite 220
Santa Cruz, CA 95060
Telephone: (831) 429-6391
Facsimile: (831) 459-8298
bcbrereton@gmail.com
pdpeterson@gmail.com

Attorneys for Plaintiff
**JOHN KUNKLE**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JOHN KUNKLE, | Case No.: CV11-00282 HRL |
| Plaintiff, | **XXX[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING ON MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |
| v. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and DOES 1 through 20, inclusive, | |
| Defendants. | **[Re:  Docket No. 21]** |

**ORDER**

  This matter is before the Court upon Defendant The Prudential Insurance Company of America ("Defendant") and Plaintiff John Kunkle's ("Plaintiff") joint Stipulation to Continue Hearing on Motion for Leave to File Second Amended Complaint. It appearing to the Court that good cause for the continuance has been shown, the Court hereby GRANTS the parties' joint stipulation.

1. The hearing on Plaintiff's Motion for Order Granting Leave to File Second Amended Complaint (Doc. #21) shall be continued two weeks to December 6, 2011 at 10:00 a.m.; and
2. Defendant shall file its opposition papers, if any, on or before November 15, 2011. Plaintiff shall file its reply papers, if any, on or before November 22, 2011, if any.

  IT IS SO ORDERED.

Dated: November _2_, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING ON MOTION FOR LEAVE TO FILED SECOND AMENDED COMPLAINT
LEGAL02/32944735v1